# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**   *1. Intake Clerk ***

   *2. Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:** 4/2/2008   *UC*

**CASE NAME:** Ward

**CASE NUMBER:** 07,22362

Check Number 574574 in the amount of $ 21,01 was

received this date and placed in an existing registry account of unclaimed

funds.

Receipt Number: 595<4

Intake Clerk's Initials: DRB

\* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

*#4b-F*

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                              Phillip J. McHale, III
Chief Counsel                                   Chief Accountant

March 31, 2008

John J. Horner, Esquire          OR        John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court               Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                      U.S. Courthouse, Room B160
600 Grant Street                           17 South Park Row
Pittsburgh PA 15219                        Erie PA 16501

RE:  HELEN M WARD

Case No.: 07-22362  A

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the
Chapter 13 case referenced above.

    These funds are owned by the following creditor.  The Trustee issued
payment to the creditor, in accordance with the Chapter 13 plan.  The
address shown is based on the Trustee's best and most recent information.

                ALLAN G GALLIMORE ESQ++
                DELERME & GALLIMORE
                401 WOOD ST
                PITTSBURGH PA                      15222

CHECK NUMBER  574579      AMOUNT $  21.01

    The disbursement(s) was returned to the Trustee for the following
reason:

_____  a.  Trustee has been unable to locate Creditor.

___X___  b.  Creditor returned funds.

_____  c.  Stale dated, check 90 days old and not negotiated.

     Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: ALLAN G GALLIMORE ESQ++
    HELEN M WARD

    ALLAN G GALLIMORE ESQ++
    Creditor